# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 03-5017-01-CR-SW-GAF |
| EDWARD RAIFSNIDER, | ) |
| Defendant. | ) |

## ORDER

Now pending before the Court is defendant's *pro se* motion to withdraw his guilty plea. Defendant argues that he was coerced by the Assistant United States Attorney to plead guilty in the form of misleading statements regarding cases pending against defendant's wife and son. Defendant asserts that he was misled to believe that by pleading guilty he would benefit his wife and son.

Chief United States Magistrate Judge James C. England issued his Report and Recommendation on February 13, 2006. On February 27, 2006, defendant filed his *pro se* objections to the Report and Recommendation.

Upon careful and independent review of the pending motion, defendant's *pro se* objections to the Magistrate's Report and Recommendation, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of Chief United States Magistrate Judge James C. England.

Accordingly, it is hereby ORDERED that defendant's *pro se* motion to withdraw his guilty plea is OVERRULED and DENIED.

SO ORDERED.

                                                      /s/ Gary A. Fenner
                                                      GARY A. FENNER, JUDGE
                                                       United States District Court

DATED:    March 7, 2006